IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| LARRY RIVERA, | ) | CIVIL NO. 06-00390 SOM-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES PROPOTNICK, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**FINDING AND RECOMMENDATION THAT**
**PETITION FOR HABEAS CORPUS BE GRANTED**

On July 18, 2006, Petitioner Larry Rivera ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  After careful consideration of the petition and all other filings, the Court hereby FINDS and RECOMMENDS that the petition for habeas corpus be GRANTED and that Petitioner be resentenced.

On September 27, 2002, Petitioner was charged with third degree promotion of a dangerous drug in violation of Hawai`i Revised Statutes ("H.R.S.") § 712-1243, unlawful use of drug paraphernalia in violation of H.R.S. § 329-43.5(a), and third degree promotion of a detrimental drug in violation of H.R.S. § 715-1249.  Petitioner was convicted on all three counts and, on October 8, 2003, was sentenced to extended terms of imprisonment pursuant to H.R.S. §§ 706-661, 706-662 (1) and 706-662(4).

On December 22, 2004, the Hawai‘i Supreme Court affirmed Petitioner's conviction. On April 8, 2005, Petitioner filed a petition for writ of certiorari in the United States Supreme Court. The Supreme Court denied further review on October 3, 2005.

Petitioner then filed the present action, asserting that the imposition of his extended term sentences violated Apprendi v. New Jersey, 530 U.S. 466 (2000).

Respondents (collectively "the State") filed an answer to the petition on October 31, 2006, and Petitioner filed a reply on November 8, 2006. On May 22, 2007, the State notified the Court that it was withdrawing its opposition to Petitioner's habeas petition.

Accordingly, the Court hereby FINDS that under Kaua v. Frank, 436 F.3d 1057 (9th Cir. 2006), Petitioner's extended term sentencing violated Apprendi and RECOMMENDS that habeas corpus be GRANTED and Petitioner resentenced.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAI`I, June 22, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**LARRY RIVERA V. JAMES PROPOTNICK, ET AL; CIVIL NO. 06-00390 SOM-LEK; FINDING & RECOMMENDATION THAT PETITION FOR HABEAS CORPUS BE GRANTED**